CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL (Rev. 5/99)

| 1. CIR./DIST./ DIV. CODE<br>HIXHO | 2. PERSON REPRESENTED<br>BRYCE D. FEARY | | VOUCHER NUMBER |
|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>04-00344-02 HG | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |

| 7. IN CASE/MATTER OF *(Case Name)*<br>USA V. BRYCE D. FEARY | 8. PAYMENT CATEGORY<br>X Felony ☐ Petty Offense<br>☐ Misdemeanor ☐ Other<br>☐ Appeal | 9. TYPE PERSON REPRESENTED<br>X Adult Defendant ☐ Appellant<br>☐ Juvenile Defendant ☐ Appellee<br>☐ Other | 10. REPRESENTATION TYPE<br>*(See Instructions)*<br>CC |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*
18:13; H.R.S. 708-836.5; 18:2

| 12. ATTORNEY'S NAME *(First Name, M.I., Last Name, including any suffix).*<br>AND MAILING ADDRESS<br>Emmanuel G. Guerrero, Esq. (#5275)<br>568 Halekauwila Street, 2nd Floor<br>Honolulu, Hawaii 96813<br><br>Telephone Number :       (808) 523-2441 | 13. COURT ORDER<br>☐ O Appointing Counsel      ☐ C Co-Counsel<br>☐ F Subs For Federal Defender    ☐ R Subs For Retained Attorney<br>X P Subs For Panel Attorney      ☐ Y Standby Counsel<br><br>Prior Attorney's            Daniel Pagliarini, Esq.<br>   Appointment Dates:      February 11, 2004<br>☐ Because the above-named person represented has testified under oath or has otherwise<br>satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does<br>not wish to waive counsel, and because the interests of justice so require, the attorney whose<br>name appears in Item 12 is appointed to represent this person in this case, OR<br>☐ Other *(See Instructions)* |
|---|---|
| 14. NAME AND MAILING ADDRESS OF LAW FIRM *(Only provide per instructions)* |         Signature of Presiding Judicial Officer or By Order of the Court<br>           6/7/06             6/7/06<br>      Date of Order           Nunc Pro Tunc Date<br>Repayment or partial repayment ordered from the person represented for this service at time<br>appointment.    ☐ YES    ☐ NO |

| CLAIM FOR SERVICES AND EXPENSES | | FOR COURT USE ONLY | | |
|---|---|---|---|---|
| CATEGORIES *(Attach itemization of services with dates)* | HOURS<br>CLAIMED | TOTAL<br>AMOUNT<br>CLAIMED | MATH/TECH.<br>ADJUSTED<br>HOURS | MATH/TECH.<br>ADJUSTED<br>AMOUNT | ADDITIONAL<br>REVIEW |
| 15.    a. Arraignment and/or Plea | | | | | |
|      b. Bail and Detention Hearings | | | | | |
|      c. Motion Hearings | | | | | |
|      d. Trial | | | | | |
|      e. Sentencing Hearings | | | | | |
|      f. Revocation Hearings | | | | | |
|      g. Appeals Court | | | | | |
|      h. Other *(Specify on additional sheets)* | | | | | |
|      (RATE PER HOUR = $      )    TOTALS: | | | | | |
| 16.    a. Interviews and Conferences | | | | | |
|      b. Obtaining and reviewing records | | | | | |
|      c. Legal research and brief writing | | | | | |
|      d. Travel time | | | | | |
|      e. Investigative and other work *(Specify on additional sheets)* | | | | | |
|      (RATE PER HOUR = $      )    TOTALS: | | | | | |
| 17. Travel Expenses *(lodging, parking, meals, mileage, etc.)* | | | | | |
| 18. Other Expenses *(other than expert, transcripts, etc.)* | | | | | |

GRAND TOTALS (CLAIMED AND ADJUSTED):

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE<br><br>FROM:            TO: | 20. APPOINTMENT TERMINATION DATE<br>IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|

22. CLAIM STATUS    ☐ Final Payment    ☐ Interim Payment Number      ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this    ☐ YES    ☐ NO    If yes, were you paid? ☐ YES   ☐ NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment *(compensation or anything of value)* from any other source in connection with this
representation?    ☐ YES    ☐ NO    If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.
Signature of Attorney                                Date

### APPROVED FOR PAYMENT — COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT. |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | DATE | | 28a. JUDGE/MAG. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) *Payment approved in excess of the statutory threshold amount.* | | DATE | | 34a. JUDGE CODE |