AO 442 (Rev. 10/03) Warrant for Arrest

819033

# UNITED STATES DISTRICT COURT
## District of Hawaii

RECEIVED
2006 MAY 25 AM 8:24
U.S. MARSHALS SERVICE
HONOLULU, HI.

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 04-00344HG-02 |

BRYCE D. FEARY

(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST BRYCE D. FEARY and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition, charging him or her with (brief description of offense)

Order to show cause why supervision should not be revoked

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| [signature] | May 25, 2006  at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at No bail Warrant          By: Helen Gillmor, Chief United States District Judge

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at
1182 KALANIANAOLE ST HILO, HI.

| Date Received 5-25-06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest 6-7-06 | Russell Nakasato DUSM | [signature] |